**DISMISS; and Opinion Filed June 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01194-CV

## WANDA GARRETT, ANTHONY R. GARRETT, AND ALL OTHER OCCUPANTS OF 3445 MONTE CARLO STREET, DALLAS, TEXAS 75224, Appellants
## V.
## HSBC BANK USA, N.A., Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04251-B**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

Before the Court is appellee's motion to dismiss the appeal for want of prosecution. In a postcard notice dated February 6, 2015, the Court informed appellants their brief was past due. We instructed appellants to file a brief along with an extension motion within ten days and cautioned them that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). As of today's date, appellants have not filed a brief. Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) & 42.3(b).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

141194F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WANDA GARRETT, ANTHONY R.
GARRETT, AND ALL OTHER
OCCUPANTS OF 3445 MONTE CARLO
STREET, DALLAS, TEXAS 75224,
Appellants

No. 05-14-01194-CV      V.

HSBC BANK USA, N.A., Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas.
Trial Court Cause No. CC-14-04251-B.
Opinion delivered by Justice Fillmore.
Justices Myers and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee HSBC BANK USA, N.A. recover its costs of this appeal from appellants WANDA GARRETT, ANTHONY R. GARRETT, AND ALL OTHER OCCUPANTS OF 3445 MONTE CARLO STREET, DALLAS, TEXAS 75224.

Judgment entered this 10th day of June, 2015.